UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:24-cr-34

vs.

JACOB WRIGHT,                         District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 41); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 4) FORWARD**
_____

For good cause shown, the Court **GRANTS** the Government's motion to unseal (Doc. No. 41) and **DIRECTS** the Clerk of Court to unseal the Indictment (Doc. No. 4) and all subsequent filings in this case.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

    **IT IS SO ORDERED.**

July 14, 2025                                                s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge