UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JACOB WRIGHT,

     Defendant.

Case No. 3:24-cr-34

District Judge Michael J. Newman

---

**ORDER: (1) DIRECTING COUNSEL FOR THE PARTIES TO FILE, BY MARCH 31, 2026, A NOTICE STATING WHETHER ORAL ARGUMENT OR AN EVIDENTIARY HEARING IS REQUESTED ON DEFENDANT'S OBJECTIONS TO THE FINAL PRESENTENCE INVESTIGATION REPORT; (2) DIRECTING COUNSEL TO INCLUDE AN ESTIMATE OF THE TIME NEEDED FOR ORAL ARGUMENT OR AN EVIDENTIARY HEARING, IF ONE IS REQUESTED; AND (3) NOTIFYING COUNSEL THAT, ALTERNATIVELY, IF NO REQUEST FOR ORAL ARGUMENT OR AN EVIDENTIARY HEARING IS DOCKETED BY MARCH 31, 3026, THE COURT WILL RULE ON DEFENDANT'S OBJECTIONS WITHOUT ORAL ARGUMENT OR AN EVIDENTIARY HEARING**

---

This felony criminal case is pending on Defendant's objections to the final Presentence Investigation Report ("PSR"). Defendant does not indicate whether he is requesting leave to present oral argument or evidence in support of his objections.

The Court generally prefers to fully consider and resolve a defendant's objections prior to his or her sentencing hearing. Given this, and in the interests of justice, counsel for the parties in the instant case are **ORDERED** to **FILE**, **by March 31, 2026**, a **NOTICE** stating whether oral argument or an evidentiary hearing is requested concerning Defendant's objections to the final PSR. Counsel shall include in the notice an estimate of the time needed for oral argument or an evidentiary hearing, if either one is requested.

Alternatively, if counsel does **NOT FILE A NOTICE by March 31, 2026**, the Court will assume neither oral argument nor an evidentiary is warranted and will proceed to rule on Defendant's objections.

**IT IS SO ORDERED.**

 March 19, 2026                  s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge